1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TRUSTEES OF THE SOUTHERN | CASE NO.: CV 12-10362 SJO (MRWx) |
| CALIFORNIA PIPE TRADES HEALTH | |
| 12  AND WELFARE TRUST FUND; | [Assigned to the Hon. S. James Otero] |
| TRUSTEES OF THE SOUTHERN | |
| 13  CALIFORNIA PIPE TRADES | [Fed.R.Civ.P. 55(a)] |
| RETIREMENT TRUST FUND; | |
| 14  TRUSTEES OF THE SOUTHERN | **JUDGMENT** |
| CALIFORNIA PIPE TRADES DEFINED | |
| 15  CONTRIBUTION TRUST FUND; | |
| TRUSTEES OF THE SOUTHERN | |
| 16  CALIFORNIA PIPE TRADES | |
| VACATION AND HOLIDAY TRUST | |
| 17  FUND; TRUSTEES OF THE SOUTHERN | |
| CALIFORNIA PIPE TRADES | |
| 18  CHRISTMAS BONUS FUND; TRUSTEES | |
| OF THE APPRENTICE AND | |
| 19  JOURNEYMAN TRAINING TRUST | |
| FUND; TRUSTEES OF THE SOUTHERN | |
| 20  CALIFORNIA PIPE TRADES | |
| PENSIONERS AND SURVIVING | |
| 21  SPOUSES HEALTH FUND, TRUSTEES | |
| OF THE PLUMBERS AND PIPEFITTERS | |
| 22  NATIONAL PENSION FUND; and | |
| TRUSTEES OF THE INTERNATIONAL | |
| 23  TRAINING FUND, | |
| | |
| 24              Plaintiffs, | |
| | |
| 25          vs. | |
| | |
| 26  REAL ESCAPE, INC., a California | |
| corporation, JOSE CARRILLO, an | |
| 27  individual, and ENRIQUE CARRILLO, an | |
| individual, | |
| 28              Defendants. | |

12-10362_Proposed Judgment.doc

1   This action having been commenced on December 4, 2012, and the Court having

2   approved the stipulation of the parties for entry of judgment, and for good cause shown,

3   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

4   Plaintiffs, TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES

5   HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN

6   CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE

7   SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST

8   FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION

9   AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA

10  PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE

11  AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN

12  CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH

13  FUND, TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL

14  PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,

15  shall recover from Defendants Real Escape, Inc., a California corporation, Jose Carrillo, an

16  individual, and Enrique Carrillo, an individual, jointly and severally, the principal amount of

17  $42,561.93, plus pre-judgment and post-judgment interest thereon at the rate of eight

18  percent (8%) per annum from January 18, 2013, until paid in full.

19

20  August 12, 2013

21  DATED: _____        _____

22                                UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

12-10362_Proposed Judgment.doc